UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: : | CIVIL ACTION NO. |
| : | |
| BOLIN & COMPANY, LLC, : | 3:11-cv-01776 (AVC) |
| : | |
| Debtor : | |
| : | |
| MICHAEL J. DALY, TRUSTEE OF THE : | Adv. Pro. No. 07-05024 |
| ESTATE OF BOLIN & COMPANY, LLC : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| SALLY OGDEN, : | NOVEMBER 16, 2011 |
| : | |
| Defendant : | |

MOTION FOR CERTIFICATION FOR
DIRECT APPEAL TO COURT OF APPEALS

The defendant-appellant, Sally Ogden, hereby moves this Court to certify the appeal of the Bankruptcy Court's Memorandum of Decision and Order dated September 21, 2011 to the United States Court of Appeals for the Second Circuit pursuant to 28 U.S.C. § 158(d)(2) and in support thereof, represents the following:

1. This appeal arises out of an adversary proceeding initiated by an objection to claim and an affirmative counter-claim by the Trustee against Sally Ogden arising out actions she took as a secured creditor of Bolin & Company, LLC, the debtor in this case.

2. On January 6, 2009, the reference was withdrawn and this matter was transferred to the District Court and assigned Docket No. 3:08-cv-1793 (SRU).

3. On September 29, 2009 through October 8, 2009, the above-captioned adversary proceeding was tried before the Honorable. Stephen R. Underhill.  Judge Underhill issued a Memorandum of Decision on September 22, 2010 (Dkt. 58) and entered judgment against Sally Ogden in the amount of $226,000 (Dkt. 59).

4. On October 6, 2010, the defendant filed a Motion to Amend or Correct the Judgment to set off the judgment against Sally Ogden against her claim (Dkt 60).  Judge Underhill referred the Motion to Amend to the Bankruptcy Court (Dkt. 67).

5. On September 21, 2011, the Honorable Alan H. W. Shiff issued a Memorandum of Decision and Order denying the Motion to Amend (Dkt. 133).  On September 26, 2011, the District Court denied the Motion to Amend or Correct the Judgment (Dkt. 72).  As a result, Sally Ogden has appealed Judge Shiff's decision and appealed the judgment of the District Court (Dkt. 76).

6. Since Ms. Ogden's appeal of the district court decision is already pending in the United States Court of Appeals for the Second Circuit, certification of this appeal to the United States Court of Appeals for the Second Circuit will materially advance the progress of this adversary proceeding as well as of the Chapter 7 proceeding as a whole.

7. Allowing certification of this appeal and presumably consolidation of the two appeals before the Court of Appeals will result in lower costs and expense to both parties, which will benefit all creditors.

8. Accordingly, Sally Ogden hereby moves this Court to certify to the Court of Appeals for the Second Circuit that an immediate appeal from the Bankruptcy Court's Order of September 21, 2011 to the Court of Appeals will materially advance the progress of the adversary proceeding and the bankruptcy case as a whole.

DEFENDANT, SALLY OGDEN

By: /s/Jeffrey Hellman
Jeffrey Hellman (ct04102)
Kellianne Baranowsky (ct26684)
ZEISLER & ZEISLER, P.C.
558 Clinton Avenue
Bridgeport, CT 06605
(203) 368-4234
jhellman@zeislaw.com
kbaranowsky@zeislaw.com
Her Attorneys

## CERTIFICATE OF SERVICE

I, Jeffrey Hellman, hereby certify that on the 16th day of November, 2011, Sally Ogden's Motion for Certification for Direct Appeal to Court of Appeals was served via operation of the Court's CM/ECF system and via first class, U.S. mail to:

Douglas S. Skalka
Neubert, Pepe, and Monteith
195 Church Street, 13th Floor
New Haven, CT 06510
***Counsel for Ronald I. Chorches, Trustee***

/s/Jeffrey Hellman
Jeffrey Hellman (ct04102)

g:\ldp\motion for certification.rtf