**UNITED STATES DISTRICT COURT**

| | | |
|---|---|---|
| In re: | : | |
| BOLIN & COMPANY, LLC | : | |
|   debtor | : | |
| | : | |
| SALLY OGDEN, | : | |
|   appellant | : | |
| | : | |
| v. | : | Case No. 3:11CV1776(AVC) |
| | : | |
| RONALD I. CHORCHES, | : | |
| *Trustee of the Estate of* | : | |
| *Bolin & Company, LLC* | : | |
|   appellee. | : | |

### ORDER RE: CERTIFICATE OF APPEALABILITY

Pursuant to 28 U.S.C. § 158 the appellant's motion (document no. 7) is GRANTED, and the court hereby certifies this appeal to the United States Court of Appeals for the Second Circuit. The court reaches this conclusion, consistent with § 158(d)(2)(A)(iii), on the grounds that certification of this appeal and its presumed consolidation with the other appeal already pending before the second circuit in this same case, will "materially advance the progress of the case" as well as result in lower expense to all parties and in this way benefit all creditors.

SO ORDERED, this 7th day of December, 2011 at Hartford, CT.

                                                      /s/_____
                                                   Alfred V. Covello
                                                   United States District Judge

Case 3:11-cv-01776-AVC   Document 10   Filed 12/08/11   Page 2 of 2